UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

MICHAEL HICKMAN, )
)
    Petitioner, ) Civil Action No. 07-169-ART
)
)
v. )
) **JUDGMENT**
)
LARRY CHANDLER, WARDEN, )
)
    Respondent. )
)

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED** and **ADJUDGED** as follows:

1.     **JUDGMENT** is entered in favor of Respondent, Larry Chandler, warden, with respect to all issues raised in this action by Petitioner, Michael Hickman.

2.     Petitioner Michael Hickman's writ of habeas corpus [R. 1] is **DENIED WITH PREJUDICE.**

3.     This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 16th day of May, 2008.

Signed By:
*Amul R. Thapar* AT
United States District Judge